1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                        Plaintiff,

        v.

JESUS BAEZ BAEZ et al.,

                        Defendants.

CASE NO. 2:24-cr-00125-LK

ORDER CONTINUING TRIAL
AND PRETRIAL MOTIONS
DEADLINE

This matter comes before the Court on Defendant Cristopher Trejo Miranda's Unopposed Motion to Continue Trial and Pretrial Motions. Dkt. No. 44. Mr. Trejo Miranda seeks to continue the trial in this case from September 30, 2024 to April 14, 2025, and to continue the pretrial motions deadline "to an appropriate date." *Id.* at 1. Mr. Trejo Miranda represents that neither the Government nor his co-defendants Jesus Baez Baez or Yovani Acosta Sepulveda oppose the continuance. *Id.* at 2. All three Defendants have waived their speedy trial rights through at least April 30, 2025. Dkt. No. 45 at 1; Dkt. No. 46 at 1; Dkt. No. 48 at 1–2.

On July 24, 2024, a federal grand jury indicted Mr. Trejo on one count of Possession of Methamphetamine with Intent to Distribute, Mr. Baez Baez on two counts of Possession of

Methamphetamine with Intent to Distribute, Dkt. No. 28 at 1–2; *see also* 21 U.S.C. § 841(a)(1), (b)(1)(A), and Mr. Acosta Sepulveda on Possession of Methamphetamine with Intent to Distribute, Possession of Controlled Substances with Intent to Distribute, and Unlawful Alien in Possession of Firearms, Dkt. No. 28 at 2–3; *see also* 21 U.S.C. § 841(a)(1), (b)(1)(A); 18 U.S.C. § 922(g)(5). All three Defendants are currently in custody, Dkt. Nos. 30–32, and all three have pleaded not guilty to all counts, Dkt. Nos. 41–43.

The Government has produced two batches of discovery, which include "a large number of [Drug Enforcement Administration] and [Homeland Security Investigations] reports, surveillance and evidence photos, materials related to Facebook, seized cell phones, and . . . audio recordings." Dkt. No. 44 at 3. Mr. Trejo Miranda represents that "[a]lthough counsel have commenced reviewing the discovery with their clients[,] there is not sufficient time to fully review [and] analyze the produced discovery, investigate the facts, evaluate possible defenses, advise their clients about possible consequences, or research and prepare pretrial motions," particularly because Defendants "require the assistance of a Spanish interpreter for meetings with counsel." *Id.* Therefore, "counsel, despite their best efforts, would not be able to conduct investigation and prepare this case for trial by September 30, 2024, or research, write, and file pretrial motions by August 22, 2024." *Id.*

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and Defendants in any speedier trial. Specifically, the Court finds that failure to grant the requested continuance would likely result in a miscarriage of justice and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, due to counsel's need for more time to (1) review discovery, (2) conduct necessary investigations, (3) draft pretrial motions and defenses, (4) consult with Defendants, and (5) prepare for trial. *See* 18 U.S.C.

§ 3161(h)(7)(B)(i), (iv). The Court finds that the additional time requested is a reasonable period of delay and will be necessary to provide counsel and Defendants reasonable time to accomplish the above tasks.

For these reasons, the Court GRANTS Mr. Trejo Miranda's motion, Dkt. No. 44, and ORDERS that the trial date shall be continued from September 30, 2024 to April 14, 2025, and that the pretrial motions deadline shall be continued to February 14, 2025. It is further ORDERED that, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B), the period of delay from the date of this Order to the new trial date is EXCLUDED when computing the time within which Defendants' trial must commence under the Speedy Trial Act.

Dated this 13th day of September, 2024.

Lauren King
United States District Judge